UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:26cv21042

STACEY RANDOLPH, individually,
and as parent and natural guardian of,
KEAGAN TOLBERT, a minor

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**[1]

Plaintiffs, STACEY RANDOLPH, individually and as parent and natural guardian of KEAGAN TOLBERT, a minor, by and through their undersigned counsel, hereby sue the Defendant, UNITED STATES OF AMERICA (hereinafter "USA") and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action against the Defendant, USA, under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, and 28 U.S.C. § 1346(b)(1), for negligence in connection with a motor vehicle accident caused by the United States Department of the Interior, National Park Service.

2. The claims herein are brought against USA pursuant to the Federal Tort Claims Act, *supra*, for money damages as compensation for personal injuries caused by the USA's negligence.

3. On or about June 11, 2024, the claims set forth herein were presented to the United States Department of the Interior, National Park Service, in writing and by certified mail, return receipt requested, pursuant to 28 U.S.C. § 2675.

---

[1] Pursuant to Federal Rule of Civil Procedure 39(c), Plaintiff incorporates a demand for an advisory jury.

4. This matter is timely filed in accordance with 28 U.S.C. § 2401.

5. Plaintiff has performed all conditions precedent to the bringing of this action.

6. At all times material hereto, the Plaintiff, STACEY RANDOLPH, is a resident in Miami-Dade County, Florida.

7. The acts and omissions giving rise to this Complaint occurred at SW 192nd Ave and SW 320th Street in Miami-Dade County, Florida. As such, venue in the Miami-Dade Division of the Southern District of Florida is appropriate pursuant to 28 U.S.C. § 1402(b).

## GENERAL ALLEGATIONS

8. That on or about June 11, 2024, Gabriel W. Collins, while acting within the course and scope of this employment of the Defendant, USA, operated a motor vehicle owned by the Defendant, USA, on Mowry and Drive/Tower RD, Miami-Dade County, Florida.

9. At the above-stated time and place, while in the course and scope of his employment of the Defendant, USA, Gabriel W. Collins did negligently and carelessly maintain, operate and control Defendant, USA's motor vehicle so that it collided with the vehicle being occupied by the Plaintiffs, STACEY RANDOLPH and KEAGAN TOLBERT.

10. As a result, Plaintiff, STACEY RANDOLPH and KEAGAN TOLBERT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish and loss of capacity for the enjoyment of life, together with the expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The losses are either permanent or continuing in nature and Plaintiffs will suffer the losses in the future.

WHEREFORE, Plaintiffs, STACEY RANDOLPH and KEAGAN TOLBERT , hereby sue the UNITED STATES OF AMERICA and demand judgment for all damages, together with costs, interest and such other further relief as this Court deems just and proper.

DATED this 17th day of February, 2026.

Respectfully Submitted,
**GOLDFARB LAW, P.A.**
*Attorney for Plaintiffs*
75 Valencia Ave., Suite 100
Coral Gables, FL 33134
Tel:    305-433-3200
Fax:    305-428-2418

By:  *s://Michael A. Goldfarb*
MICHAEL A. GOLDFARB, ESQ.
Florida Bar No: 102639
Michael@goldfarblaw.com
amanda@goldfarblaw.com

## CERTIFICE OF SERVICE

**I HEREBY CERTIFY** that on February 17, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served upon UNITED STATES ATTORNEY _____ in Miami, Florida.

By:  *s://Michael A. Goldfarb*
MICHAEL A. GOLDFARB